UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSOOK MOELLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | No.  2:15-cv-01717-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　The Joint Status Report filed October 26, 2015, reveals this case is not ready to be scheduled. The parties dispute the standard of review concerning Plaintiff's ERISA claim for reinstatement of long term disability benefits, which the parties indicate also affects the permissible scope of discovery. (JSR 3:15-4:16, ECF No. 7.) Based on these disputes, Plaintiff "proposes to file a motion for partial summary judgment as to the standard of review with a hearing on January 18, 2016." (JSR 2:26-28.) Plaintiff's proposed schedule on the standard of review motion is adopted, as modified, as follows:

　　　　Any motion concerning the standard of review shall be filed on or before December 28, 2015; the motion shall be noticed for hearing at 9:00 a.m. on January 25, 2016.

　　　　Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 9, 2015, is continued to March

1

28, 2016, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: November 5, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge