SEDGWICK LLP
REBECCA A. HULL, (Bar No. 99802)
rebecca.hull@sedgwicklaw.com
DENISE TRANI-MORRIS (Bar No. 127879)
denise.trani-morris@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

ERISA LAW GROUP
ROBERT J. ROSATI, (Bar No. 112006)
robert@erisalg.com
THORNTON DAVIDSON, (Bar No. 166487)
thornton@erisalg.com
6485 N. Palm Avenue
Fresno, CA 93704
Telephone: 559.478.4119
Facsimile: 559.478.5939

Attorneys for Plaintiff
INSOOK MOELLER

FILED
JAN 07 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INSOOK MOELLER, <br><br> PLAINTIFF, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> DEFENDANT. | Case No. 2:15-CV-01717-GEB-CKD <br><br> STIPULATION TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED BRIEFING DATES |

1  The Parties, by and through their respective counsel of record, stipulate to continue the hearing date on Plaintiff's Motion for Partial Summary Judgment and related deadlines as follows:

1. This is an ERISA benefits case. On December 28, 2015, Plaintiff filed a Motion for Partial Summary Judgment Regarding Standard for Review, set for hearing on January 25, 2016.

2. The Parties have been informally discussing resolution of the case but have not yet resolved it although they are hopeful of doing so.

3. The Parties now seek the Court's approval to continue the pending motion and related briefing date to permit the parties to mediate the case.

4. The Parties have obtained a mediation date with a mutually agreed mediator, to take place on February 12, 2016.

5. In order to preserve judicial economy and party resources by avoiding potentially unnecessary expenditures of time, the Parties request that the Plaintiff's Motion for Partial Summary Judgment be reset to March 28, 2016 or a date thereafter at the Court's convenience, with the opposition brief due two weeks prior to that date and the reply brief, if any, due one week prior to that date.

**IT IS SO STIPULATED.**

DATED: January 7, 2016                SEDGWICK LLP

By: _____
Rebecca A. Hull
Denise Trani-Morris
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY

DATED: January 8, 2016                ERISA LAW GROUP

By: _____
Robert J. Rosati
Thornton Davidson
Attorneys for Plaintiff
INSOOK MOELLER

1  **ORDER**

2  Having read the foregoing Stipulation of the parties ~~and good cause appearing therefore,~~

3  IT IS SO ORDERED.

4  DATED: 1/7/16

_____
HONORABLE GARLAND E. BURRELL, JR.